UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Stephen Hugh

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

20 cr 626

Defendant ___Stephen Hugh___ hereby voluntarily consents to participate in the following proceeding via ___✓___ videoconferencing or ___✓___ teleconferencing:

___✓___ Initial Appearance Before a Judicial Officer

___✓___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___✓___ Bail/Detention Hearing

___✓___ Conference Before a Judicial Officer

___s/ Stephen Hugh /smj___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___Stephen Hugh___
Print Defendant's Name

___[signature]___
Defendant's Counsel's Signature

___Sam Braverman___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___Dec 1, 2020___
Date

___Judith C. McCarthy___
U.S. District Judge/U.S. Magistrate Judge